Order entered October 4 , 2012



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

No. 05-12-00855-CV

**R. MICHAEL WARD, Appellant**

**V.**

**WAYNE STANFORD, ET AL., Appellee**

**On Appeal from the 44th District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-12624-B**

## ORDER

The Court has before it appellant's October 2, 2012 second agreed motion for extension of time to file its brief. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by November 2, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

ELIZABETH LANG-MIERS
JUSTICE